*John Anderson*

*vs*

*Claudius Barthelot*

John Anderson, ptff appellant  
vs  
Claudius Berthelot defd[t] appellee }

filed 30. august 1811

No 95

John Anderson
vs
Claudius Barthelot

In an Action of Covenant removed
from the District Court of Erie

| | | |
|---|---|---|
| Cost in the District Court | 5 06¼ | Notification returnable twelveth of Nov^r AD 1810 - - - - - - - - - - - - - - |
| Cost of Justice Court | 2 95 | |
| Marshal fees | 4 81 | November 12th this day the Parties appeared and requested a trial by Jury |
| Jury fees | 3 00 | |
| Witnesses | | |
| B Sessions | 2 75 | |
| P Austin | 50 | |
| J B Couture | 56¼ | |
| | $19 63½ | |

The Defendant plead that the obligation on which this action is brought was given for a illegal consideration and of this he puts himself on the Country And the Plaintiff likewise

The Court was adjourned to the 24th Ins^t at 1 of the clock P M

November 24th the Parties appeared and a jury was called Viz. John Reddall, Stephen Downing  Levi Sherman  Samuel Young  John Eleson  Simeon Blackman  Hubart Lacroix  Caleb Plumb  Reuben Lewis  Emery Thayer  Joseph Ruland & John Ruland who after being empanneled and sworn on the Holy Evangelist of Almighty God well and truely to try the Issue joined between the Parties, heared the evidence produced by the Parties and their respective altrecation retired from the bar & after consulting together returned the following Verdict Viz

We the Jurors find for the Defendant his Costs

Caleb Plumb Foreman

The Costs being taxed at Nineteen Dollars & Sixty three & one fourth cents the Court gave judgment that the Defendant have and recover of the Plaintiff said sum of Nineteen Dollars and Sixty three and one fourth cents—

The Plaintiff prayed an appeal to the Supreme Court which was granted & Security given

Isaac Lee   J.P.D.E
Att
A True Copy
Isaac Lee   J.P.D.E

[In the handwriting of Isaac Lee]